FRED S. DAIGER, JR., v. BERT E. DAIGER.

156 So. 915.

Division B.

Decision Filed September 20, 1934.

Petition for Rehearing Denied October 19, 1934.

*E. B. Drumright,* for Appellant;

*Baskin & Jordan* and *Ralph Richards,* for Appellee.

PER CURIAM.—The decree appealed from is one modifying a final decree in a divorce suit in regard to the payment of alimony and money for the support of a minor child.

The decree should be affirmed on authority of the opinion and judgment in the case of Baker v. Baker, 94 Fla. 1001, 114 Sou. 561.

It is so ordered.

Affirmed.

DAVIS, C. J., and WHITFIELD, TERRELL and BUFORD, J. J., concur.